**C.J. STEWART, Appellant,**

v.

**David W. FREEMAN; John Janes; Jay Cassady; John Doe, Superintendent/Designee, Appellees.**

**No. 08–1584.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2009.

Filed: March 31, 2009.

C.J. Stewart, Jefferson City, MO, pro se.

No appearance for appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri prisoner C.J. Stewart appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 complaint, in which he alleged that prison officials violated his due process rights by wrongly confining him to administrative segregation for ten days after determining that he had com-

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District

mitted conduct violations. Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that Stewart failed to state a due process claim. *See Sandin v. Conner,* 515 U.S. 472, 486–87, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995) (confinement in segregation following cited violation of prison regulations does not implicate due process unless confinement poses atypical and significant hardship on inmate in relation to ordinary incidents of prison life; administrative segregation for 30 days was not atypical and significant hardship implicating liberty interest); *see also Phillips v. Norris,* 320 F.3d 844, 847 (8th Cir.2003) (demotion to segregation, even without cause, is not itself atypical and significant hardship).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.